UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>NEVADA SOUTHERN DETENTION CENTER, et al.,<br><br>　　　　Respondents. | No.  2:15-cv-1728 CKD P<br><br><br>ORDER |

　　　　Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus.  Petitioner has not, however, filed a request to proceed in forma pauperis or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: August 18, 2015

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mehm1728.102