UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>NEVADA SOUTHERN DETENTION CENTER, et al.,<br><br>　　　　　　Respondents. | No.  2:15-cv-1728 GEB CKD P<br><br><br>ORDER |

　　　　Petitioner, a Nevada prisoner proceeding in forma pauperis, sought relief pursuant to 28 U.S.C. § 2241.  Judgment was entered in this action on September 25, 2015.  On October 16, 2015, petitioner filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

　　　　The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a).  This court has not certified that petitioner's appeal is not taken in good faith and has not otherwise found that petitioner is not entitled to proceed on appeal in forma

/////

1

pauperis.  Accordingly, petitioner's motion for leave to proceed in forma pauperis on appeal will be denied as unnecessary.

In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis on appeal (ECF No. 11) is denied as unnecessary.  See Fed. R. App. P. 24(a).

Dated:  October 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1  
mehm1728.4b